UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
UNITED STATES OF AMERICA,                :

                -v-                       :                94 Cr. 134 (JSR)

ESTEBAN GONZALEZ,                         :                ORDER

                Defendant.                :
-------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-10

JED S. RAKOFF, U.S.D.J.

        In connection with defendant's resentencing hearing on

December 2 and December 4, 2009 to determine whether the sentence

imposed in this case should run concurrently or consecutively to the

sentence imposed on the defendant in United States v. Esteban

Gonzalez, 00 Cr. 447 (DLC), the Court concluded that a "Fatico"

hearing was necessary to determine whether defendant was in knowing

possession of a shank discovered in a search of the defendant's cell

at USP Canaan on June 25, 2009.  Although the matter is not by any

means free from doubt, the Court on balance concludes that it is more

likely than not that the defendant did knowingly possess the shank.

Particularized reasons for that conclusion will be spelled out in a

subsequent, more detailed memorandum, but the Court takes this

opportunity to notify counsel of its conclusion in advance of

tomorrow's final resentencing hearing.  The Court further notes,

however, that as a result of the "Fatico" hearing, the Court gained a

fuller picture of this defendant's character and development that

presents a more complicated picture than was presented to Judge

Mukasey at the time of the defendant's prior sentencing, and that

will factor into the Court's sentence as well.

      SO ORDERED.

                                         JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 28, 2010